# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL PEREZ ,

               Plaintiff,

     vs.

MERRICK BANK CORPORATION,
TRANS UNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC and
EXPERIAN INFORMATION
SOLUTIONS, INC.,

               Defendants.

CASE NO. 2:18-cv-05735-PSG-JEM

*Hon. Philip S. Gutierrez*

**[PROPOSED] JUDGMENT**

On January 18, 2019, this Court entered an order granting defendant Merrick Bank Corporation's ("Merrick") Motion to Dismiss plaintiff Michael Perez's ("Plaintiff") Complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. No. 39. The Court ordered Plaintiff's Complaint dismissed as to Merrick.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

1.    That this action is dismissed with prejudice as to Merrick;

2.    That judgment be entered in favor of Merrick and against Plaintiff as to each and every cause of action in this action, and that Plaintiff takes nothing by way of his claims; and

3.    That there is no just reason for delay in the entry of this judgment as to Plaintiff and Merrick.


**IT IS SO ORDERED.**


Dated: _____3/28/19_____

## PHILIP S. GUTIERREZ

Honorable Philip S. Gutierrez
United States District Judge

# CERTIFICATE OF SERVICE

I, Simon M. Feng, an attorney, do hereby certify that on March 25, 2019, I caused the foregoing **[PROPOSED] JUDGMENT** to be served through the Court's Case Management/Electronic Case Files (CM/ECF) system upon all persons and entities registered and authorized to receive such service.

Dated: March 25, 2019            _____/s/ Simon M. Feng_____
                                      Simon M. Feng